UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| PASQUALE JOSHUA DEGIORGIO | CASE NO. 21-35089 |
| | CHIEF JUDGE: Cecelia G. Morris |
| DEBTOR | |

## OBJECTION TO CONFIRMATION

Michael J. Chatwin, Esq., an attorney admitted to practice in this Court, affirms the following under penalty of perjury:

1. I am an associate with LOGS Legal Group LLP, attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1, ("Secured Creditor") and am familiar with the facts and circumstances surrounding this matter.

2. Secured Creditor holds a mortgage on the Debtor's real property known as 46 Malloy Rd, Wallkill, NY 12589 (the "Property").

3. Secured Creditor will be filing a Proof of Claim for pre-petition mortgage arrears in the approximate amount of $278,377.53. Debtor's proposed Chapter 13 Plan does not list any arrears and makes no provision for full payment of the mortgage arrears in violation of Bankruptcy Code Section 1325(a)(5)(B)(ii).

4. The Debtor's proposed Plan is woefully underfunded to pay Secured Creditor's pre-petition arrears. Upon review of Debtor's Schedules I and J, there appears to be no possible way for Debtor to present a feasible plan that would address Secured Creditor's arrears and other plan obligations.

**WHEREFORE**, the undersigned respectfully requests an Order of this Court denying confirmation of Chapter 13 Plan pursuant to Bankruptcy Code Section 1325 and such other and further relief as may be just and proper.

Dated: April 5, 2021

    /s/ Michael J. Chatwin
Michael J. Chatwin
LOGS Legal Group LLP
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2021, a copy of Objection to Confirmation was caused to be mailed by ordinary U.S. Mail, postage prepaid, and/or electronically upon the following:

Debtor
Pasquale Joshua Degiorgio
46 Malloy Road
Wallkill, NY 12589

Attorney for Debtor
Julius A. Rivera, Jr.
riveralaw@yahoo.com

Trustee
Krista M. Preuss
Chapter 13 Standing Trustee
info@ch13kp.com


Dated: April 5, 2021               /s/ Michael J. Chatwin
                                                      Michael J. Chatwin
                                                      LOGS Legal Group LLP
                                                      175 Mile Crossing Boulevard
                                                      Rochester, New York 14624
                                                      Telephone: (585) 247-9000
                                                      Fax: (585) 247-7380
                                                      Email: logsecf@logs.com

21-089020