UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                     Chapter 13

Pasquale Joshua DeGiorgio,                                               Case No. 21-35089-cgm


                                    Debtor.
-----------------------------------------------------------x

# LOSS MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor[1] in this case.  I hereby request Loss Mitigation with respect to *[Identify the Property, last four (4) digits of Loan account number and Creditor(s) for which you are requesting Loss Mitigation]*:

Property:  46 Malloy Rd., Wallkill, NY 12589 - Loan No. xxxxxxxx2339


Creditor: Nationstar Mortgage, LLC d/b/a Mr. Cooper for Deutsche Bank National Trust

Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed

Certificates, Series 2007-MLNI


**SIGNATURE**

I have reviewed the Loss Mitigation Program Procedures, and I understand that if the Court orders Loss Mitigation in this case, I will be bound by the Loss Mitigation Program Procedures. I agree to comply with the Loss Mitigation Program Procedures, and I will participate in Loss Mitigation in good faith.  I understand that Loss Mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation.  I also understand that no other party is required to enter into any agreement or settlement with me.  I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation period.

The Debtor hereby permits the Creditor listed above to contact (check all that apply):

☐ The Debtor directly.
☒ Debtor's bankruptcy counsel.
☐ Other:


Sign:  /s/ Pasquale Joshua DeGiorgio                    Date: May 7, 2021

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Page **1** of **3**

Print Name: <u>Pasquale Joshua DeGiorgio</u>

Telephone Number: 845-452-1422

E-mail address (if any): <u>      </u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 13

Pasquale Joshua DeGiorgio,                                      Case No. 21-35089-cgm

                                        Debtor(s).
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Loss-Mitigation Request was furnished to the following parties on the 7th day of May, 2021 by United States first-class mail and/or by electronic notification:


LOGS Legal Group LLP
Attorneys for Nationstar Mortgage, LLC
d/b/a Mr. Cooper for Deutsche Bank
National Trust Company as Trustee for
Merrill Lynch Mortgage Investors Trust,
Mortgage Loan Asset-Backed Certificates,
Series 2007-MLNI
Attention President
175 Mile Crossing Boulevard
Rochester, NY 14624



Dated:  Poughkeepsie, New York
          May 7, 2021

                                          /s/Julius A. Rivera, Jr., Esq._____
                                          Julius A. Rivera, Jr., Esq.
                                          Attorney for Debtor
                                          309 Mill Street
                                          Poughkeepsie, New York 12601
                                          (845) 452-1422